## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| IVY GAUTIER-JAMES,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>HOVENSA, L.L.C.,<br><br>　　　　　　　　　Defendant. | 1:06-cv-106 |

TO:　Mary Faith Carpenter, Esq.
　　　Sunshine S. Benoit, Esq.

### ORDER

THIS MATTER came before the Court upon Defendant's Motion to Dispense of [sic] Mediation (Docket No. 137). Plaintiff filed an opposition to said motion. The time for filing a reply has not expired, but a review of the record discloses that a mediation conference was held on November 30, 2010.

In view of the fact that the mediation went forward, it is now hereby **ORDERED** that Defendant's Motion to Dispense of [sic] Mediation (Docket No. 137) is **DENIED AS MOOT**.

　　　　　　　　　　　　　　　　　　　ENTER:

Dated: December 3, 2010　　　　　　　/s/ George W. Cannon, Jr.
　　　　　　　　　　　　　　　　　　　GEORGE W. CANNON, JR.
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE