IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| IVY GAUTIER-JAMES,<br><br>    Plaintiff(s),<br><br>v.<br><br>HOVENSA LLC,<br><br>    Defendant(s). | CIVIL NO. 2006/106<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

### <u>MOTION TO CONTINUE THE NEW TRIAL DATE</u>

**COMES NOW** Plaintiff, by and through undersigned counsel, and moves this Court to continue the trial date in this matter based on the following:

This matter was scheduled for trial on May 14, 2012. The parties prepared the Joint Final Pretrial Order and filed all motions and Plaintiff retained her experts to appear at trial. On April 30, 2012, this Court *sua sponte* continued the trial date to August 20, 2012.

Plaintiff's counsel takes a vacation in the summer every year with her mother. This vacation has been planned for some time and rental on a house in Cannes, France confirmed and paid for. The dates of the vacation are August 18 to September 1, 2012.

In addition Plaintiff's expert Caren Goldlberg also has travel plans and is not available to attend the trial as scheduled. As such Plaintiff requests this court continue the trial to another date.

LEE J. ROHN AND
ASSOCIATES, LLC
1101 King Street
Christiansted
VI 00820-4933
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

**Gautier-James, Ivy v. HOVENSA,** CIVIL NO. 2006/106
**MOTION TO CONTINUE THE NEW TRIAL DATE**
Page 2

                                      RESPECTFULLY SUBMITTED
                                      LEE J. ROHN AND ASSOCIATES, LLC
                                      Attorneys for Plaintiff(s)

DATED:  May 3, 2012             BY:   *s/ Lee J. Rohn*
                                               Lee J. Rohn, Esq.
                                               VI Bar No. 52
                                               1101 King Street
                                               Christiansted, St. Croix
                                               U.S. Virgin Islands 00820
                                               Telephone: (340) 778-8855
                                               Fax: (340) 773-2954

## CERTIFICATE OF SERVICE

    **THIS IS TO CERTIFY** that on May 3, 2012, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Linda Blair, Esquire
    Bryant Barnes & Blair, LLP
    1134 King Street, 2nd Floor
    St. Croix, VI  00820
        Attorney For: HOVENSA, LLC

    Sunshine S. Benoit, Esquire
    Bryant Barnes & Blair, LLP
    1134 King Street, 2nd Floor
    St. Croix, VI  00820
        Attorney For: HOVENSA, LLC

                                            BY:   *s/ Lee J. Rohn*       (dr)

**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| IVY GAUTIER-JAMES,<br><br>    Plaintiff(s),<br><br>v.<br><br>HOVENSA LLC,<br><br>    Defendant(s). | CIVIL NO. 2006/106<br><br>**ACTION FOR DAMAGES**<br><br><u>JURY TRIAL DEMANDED</u> |

## <u>ORDER</u>

 THIS MATTER having come before the Court on Plaintiff's Motion to Continue the New Trial Date, and the Court having been advised in it premises, it is;

 **ORDERED** that Plaintiff's Motion is **GRANTED**, and further;

 **ORDERED** that trial in this matter shall be continued to _____, 201\_\_\_ at _____a.m./p.m.

 **SO ORDERED** this _____ day of _____ 2012.

                _____
                Judge of the District Court