IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| IVY GAUTIER-JAMES,<br><br>                    Plaintiff,<br><br>v.<br><br>HOVENSA, L.L.C.,<br><br>                    Defendants. | CIVIL NO. 2006/0106<br><br>ACTION FOR DAMAGES |

### HOVENSA, L.L.C.'S NOTICE OF NO OPPOSITION
### TO PLAINTIFF'S MOTION TO CONTINUE TRIAL

COMES NOW Defendant, HOVENSA, L.L.C. ("HOVENSA"), through undersigned counsel, and hereby provides notice to this Court that it has no objection to Plaintiff's Motion to Continue trial set in this matter on August 20, 2012.

                                        Respectfully submitted,

                                        Bryant Barnes & Blair, LLP
                                        Attorneys for Defendant HOVENSA, L.L.C.

Dated: May 9, 2012                       By:  __s/ Sunshine S. Benoit_____
                                            Sunshine S. Benoit, Esq.
                                            V.I. Bar No. 967
                                            1134 King Street, 2nd Floor
                                            Christiansted, VI 00820
                                            Tel: 340-773-2785 / Fax: 340-773-5427
                                            Email: sbenoit@bryantbarnes.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May 2012, I electronically filed the foregoing **HOVENSA, L.L.C.'s Notice of No Opposition to Plaintiff's Motion to Continue Trial** with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Lee J. Rohn, Esq.
Lee J. Rohn & Associates, LLC
1101 King Street
Christiansted, VI 00820-4933

                                        s/ Sunshine S. Benoit_____(lh)