# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| IVY GAUTIER-JAMES, | ) |
| | ) |
|         Plaintiff, | ) |
|    v. | ) |
| | )   Civil Action No. 2006-106 |
| HOVENSA, L.L.C., | ) |
| | ) |
|         Defendant. | ) |
| | ) |

**Attorneys:**
**Lee J. Rohn, Esq.,**
St. Croix, USVI
    *For the Plaintiff*

**Sunshine S. Benoit, Esq.,**
St. Croix, USVI
    *For the Defendant*

## ORDER CONTINUING TRIAL
## AND
## TRIAL MANAGEMENT ORDER

**UPON CONSIDERATION** of Plaintiff's "Motion to Continue the New Trial Date" (Dkt. No. 323) in this matter, which had been previously re-scheduled for August 20, 2012, and "Hovensa, L.L.C.'s Notice of No Opposition to Plaintiff's Motion to Continue Trial" (Dkt. No. 328), it is hereby

**ORDERED** that the jury trial scheduled for **August 20, 2012**, is continued to **October 9, 2012 at 9:30 a.m.**; and it is further

**ORDERED** that the parties shall adhere to the following schedule:

1. Pursuant to the Order filed on April 18, 2012 (Dkt. No. 296), the period to file motions *in limine* is closed.

2. The parties shall have up to and including **September 28, 2012** to file a joint proposed neutral statement of the facts for *voir dire* purposes and a joint list of proposed *voir dire* questions. The joint proposed neutral statement of facts should be a concise statement of the claim(s) and the defense(s). The joint list of proposed *voir dire* questions should not number more than fifteen. To the extent the parties are unable to agree upon a particular *voir dire* question, the parties shall submit an addendum to the joint list indicating the contested question(s) and the nature of the disagreement.

3. The parties shall have up to and including **September 28, 2012** to file proposed jury instructions. Jury instructions need only be submitted with respect to substantive issues in the case. Proposed instructions on procedural matters such as the burden of proof, unanimity and credibility are not necessary. Each proposed instruction should be on a separate page, double spaced and should include citation to specific authority. Counsel will have the opportunity to file supplemental instructions during trial as necessary.

4. The parties shall have up to and including **September 28, 2012,** to file a trial brief or memorandum with arguments and citation to authority in support of the party's position on all disputed issues of law.

5. A pretrial conference shall take place before the Magistrate Judge on **September 10, 2012 at 11:00 a.m.**

6. The final pretrial conference that had been scheduled for May 9, 2012 is continued to **October 3, 2012 at 10:00 a.m.** before the undersigned District Judge.

**SO ORDERED.**

Date: May 14, 2012                    _____/s/_____
                                      WILMA A. LEWIS
                                      District Judge