# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| IVY GAUTIER-JAMES, )<br>)<br>**Plaintiff,** )<br>v. )<br>) <br>HOVENSA, L.L.C., )<br>)<br>**Defendant.** )<br>_____) | Civil Action No. 2006-106 |

**Attorneys:**
**Lee Rohn, Esq.,**
St. Croix, USVI
*For the Plaintiff*

**Sunshine S. Benoit, Esq.,**
St. Croix, USVI
*For the Defendant*

## ORDER CONTINUING TRIAL

**UPON CONSIDERATION** of the pendency of Hovensa's Motion for Summary Judgment (Dkt No. 190), and the numerous Motions in Limine and *Daubert* Motions filed by the parties, it is hereby

**ORDERED** that the pretrial conference scheduled for **October 3, 2012,** and the trial scheduled for **October 9, 2012,** are continued pending further Order of the Court.

**SO ORDERED.**

Date: September 18, 2012               _____/s/_____
                                                                       WILMA A. LEWIS
                                                                       District Judge