```
              IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                         DIVISION OF ST. CROIX
```

| | | |
|---|---|---|
| JOSE ILLARAZA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOVENSA LLC | : | NO. 07-125 |

-------------------------------

| | | |
|---|---|---|
| LUIS ILLARAZA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOVENSA LLC | : | NO. 08-59 |

## ORDER

AND NOW, this 24th day of September, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant HOVENSA, LLC to strike Lee J. Rohn's October 4, 2012 notice of appearance is GRANTED; and

(2) the motion of defendant HOVENSA, LLC for sanctions against Lee J. Rohn is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
HARVEY BARTLE III                     J.
SITTING BY DESIGNATION